# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SMART LOCK, LLC,**<br>    Plaintiff,<br><br>v.<br><br>**ALFRED INTERNATIONAL INC.,**<br>    Defendants. | **CASE NO. 2:20-CV-156-JRG**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

### [PROPOSED] ORDER GRANTING DEFENDANT'S RULE 12(b)(3) MOTION TO DISMISS FOR IMPROPER VENUE AND, IN THE ALTERNATIVE, RULE 12(b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Having carefully considered Defendant Alfred International Inc.'s ("Alfred") Rule 12(b)(3) Motion to Dismiss for Improper Venue and, in the Alternative, Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim ("Motion"), the Court GRANTS the Motion.

IT IS HEREBY ORDERED that Alfred's Motion is GRANTED in its entirety and the Complaint against Alfred is DISMISSED.

**IT IS SO ORDERED.**